■ Hays, Algase, Feuer, Porter & Spanier, Respondents, v. Sigmund Sommer, Appellant, and General Bronze Corporation et al., Respondents.—

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.

■ Lance International, Inc., Respondent, v. First National City Bank, Appellant, et al., Defendant.

Concur — Steuer, J. P., Tilzer, Rabin and McNally, JJ.